THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN LINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GATE GOURMET, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02698-KKE<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>August 6, 2026 |

On June 25, 2026, Plaintiff Darren Link initiated this action by filing his complaint in King County Superior Court, alleging a variety of wage-and-hour class claims on behalf of all non-exempt Gate Gourmet employees for the past three years. On July 30, 2026, Defendant removed the action to this Court. (Dkt. 1).

On June 22, 2026, a different plaintiff, Tracy Balderas, filed a separate wage-and-hour class action in King County Superior Court, alleging substantially the same claims against Gate Gourmet for substantially the same time period. On July 31, 2026, Defendant removed the *Balderas* action to this Court (Notice of Removal, *Tracy Balderas v. Gate Gourmet, Inc.*, No. 2:26-cv-02720, Dkt. 1), and it is pending before the Honorable Kymberly K. Evanson.



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

On July 31, 2026 Gate Gourmet filed a notice of related cases regarding the two overlapping cases, i.e., *Link* and *Balderas*. (Defendant's Notice of Related Case, *Tracy Balderas v. Gate Gourmet, Inc.*, No. 2:26-cv-02720, Dkt. 5).

Given the overlapping claims, the parties are meeting and conferring regarding potential consolidation into a single class complaint, Defendant's potential Rule 12 challenges to the existing complaint, and case management generally in light of the two pending cases. Thus, in order to preserve party and judicial resources and potentially avoid unnecessary law and motion practice, the parties stipulate and agree to the following:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to Answer Complaint or file Dispositive Motion | August 6, 2026[1] | September 3, 2026 |

This extension will not affect any other deadlines in the case. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim or objection.

SO STIPULATED this 6th day of August, 2026.

**CROSNER LEGAL, P.C.**

By: *s/ Jamie K. Serb (w/permission)*
Jamie K. Serb, WSBA #62065
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email: jamie@crosnerlegal.com

*Attorneys for Plaintiff Darren Link*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
Hannah R. Talmage, WSBA #60232
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
hannah.talmage@morganlewis.com

*Attorneys for Defendant Gate Gourmet, Inc.*

[1] Plaintiff's complaint was served on June 30, 2026. Dkt. 1. On July 20, 2026, the parties negotiated and agreed that Defendant would have an additional 30 days to respond to Plaintiff's complaint. However, upon removal, per FRCP 81(c), the new deadline to file a responsive pleading is seven (7) days from the date of removal.

**ORDER**

IT IS SO ORDERED.

DATED: August 6, 2026.

Kymberly K. Evanson
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
Hannah R. Talmage, WSBA #60232
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
hannah.talmage@morganlewis.com

*Attorneys for Defendant Gate Gourmet, Inc.*

**CROSNER LEGAL, P.C.**

By: *s/ Jamie K. Serb (w/permission)*
Jamie K. Serb, WSBA #62065
92 Lenora Street, #179
Seattle, WA 98121
Phone: (866) 276-7637
Email: jamie@crosnerlegal.com

*Attorneys for Plaintiff Darren Link*